FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION 2012 OCT 18 PM 12:49

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

UNITED STATES OF AMERICA

v.

EUGENE E. DAVIS

CASE NO. 8:12-CR-434 T33 AEP
21 U.S.C. § 846
21 U.S.C. § 841(a)(1)
21 U.S.C. § 853 (Forfeiture)

**INDICTMENT**

SEALED

The Grand Jury charges:

**COUNT ONE**

From on or about an unknown date, beginning no later than 2008, through on or about the date of this Indictment, in the Middle District of Florida, the defendant,

EUGENE E. DAVIS,

did knowingly and intentionally combine, conspire, and agree other persons, who are known and unknown to the Grand Jury, to possess with the intent to distribute five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

All in violation of Title 21, United States Code, Section 846.

**COUNT TWO**

From on or about an unknown date, beginning no later than 2008, through on or about the date of this Indictment, in the Middle District of Florida, the

SEALED

defendant,

EUGENE E. DAVIS,

did knowingly and intentionally combine, conspire, and agree other persons, who are known and unknown to the Grand Jury, to possess with the intent to distribute 280 grams or more of a mixture and substance containing a detectable amount of cocaine base, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

All in violation of Title 21, United States Code, Section 846.

**FORFEITURE**

1. The allegations contained in Counts One and Two of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures, pursuant to Title 21, United States Code, Section 853.

2. From his engagement in the violations alleged in Counts One and Two of this Indictment, said violation being punishable by imprisonment for more than one year, the defendant,

EUGENE E. DAVIS,

shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853(a)(1) and (2), all of his interest in:

a. Property constituting, or derived from, any proceeds the defendants obtained, directly or indirectly, as a result of such violations; and,

b. Property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violations.

3. If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third person;

(c) has been placed beyond the jurisdiction of the Court;

(d) has been substantially diminished in value; or,

(e) has been commingled with other property which cannot be divided without difficulty;

the United States of America shall be entitled to forfeiture of substitute property under the provision of Title 21, United States Code, Section 853(p).

A TRUE BILL,

Foreperson

ROBERT E. O'NEILL
United States Attorney

By:
Shauna S. Hale
Assistant United States Attorney

By:
Joseph K. Ruddy
Assistant United States Attorney
Chief, Narcotics Section

FORM OBD-34
APR 1991

No. 8:12-CR-

# UNITED STATES DISTRICT COURT

Middle District of Florida
Tampa Division

THE UNITED STATES OF AMERICA

vs.

EUGENE E. DAVIS

**INDICTMENT**

Violations:

21 U.S.C. §§ 846, 841(a)(1)

A true bill,

____________________________

Foreperson

Filed in open court this 18th day

of October 2012.

____________________________

Clerk

Bail $____________

FILED
2012 OCT [illegible]8 PM 12: 49
CLERK [illegible] DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

GPO 863 525